**Donald WILKINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66153.**

Missouri Court of Appeals, Western District.

Nov. 14, 2006.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Evan J. Buchheim, Office of Attorney General, Jefferson City, for Respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

Donald Wilkinson appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).